Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15−26471
Chapter: 13
Judge: Jack B. Schmetterer

In Re:
   William E Coffey                                     Lisa M Coffey
   8124 W 91st Place                                8124 W 91st Place
   Hickory Hills, IL 60457                      Hickory Hills, IL 60457

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9806                                       xxx−xx−6645

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 20, 2016

                                                                     FOR THE COURT

Dated: January 20, 2016                            <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                     United States Bankruptcy Court

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 15-26471-JBS
William E Coffey                                                Chapter 13
Lisa M Coffey
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2                  Date Rcvd: Jan 20, 2016
                              Form ID: ntcdsm              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2016.
db/jdb         +William E Coffey,    Lisa M Coffey,    8124 W 91st Place,    Hickory Hills, IL 60457-1943
23561331        ACL,    PO Box 27901,    West Allis, WI 53227-0901
23561332        Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
23575204      +++Capital One Auto Finance, a division of,    Capital One NA Department,    Ascension Capital Group,
                 P.O. Box 201347,    Arlington, TX 76006-1347
23561337       +Cda/pontiac,    Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
23561338        Century Ear Nose and Throat,     10660 W. 143rd Street,    Suite B,   Orland Park, IL 60462-1989
23561339      +++Credit Acceptance Corporation,     25505 West 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
23561341       +David T Cohen & Assoc,    10729 W 159th Street,    Orland Park, IL 60467-4531
23561342      #+Gary Dean,    9 Perusing Ave,    Lake in the Hills, IL 60156-3366
23561343       +Glen Oaks Elementary School,    9045 S. 88th Ave,    Hickory Hills, IL 60457-1297
23561344       +H.H Conrady Jr. High School,    7950 W. 97th Street,    Hickory Hills, IL 60457-2327
23561345        Harris & Harris, Ltd,    111 W. Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
23561346        High Tech Medical Park,    0236 Momentum Place,    Chicago, IL 60689-5302
23706702       +MCOA,   Village of Justice,     Municipal Collections of America Inc,    3348 Ridge Rd,
                 Lansing, IL 60438-3112
23561348       +Med Busi Bur,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
23561349        Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
23561350       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
23561351        Midwest Anesthesiologists, Ltd,     3407 Monentum Place,    Chicago, IL 60689-5534
23561352       +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
23561353        Nationwide Credit & Collection,     815 Commerce Dr.,   Suite 270,    Oak Brook, IL 60523-8852
23561355      +++Region Recovery Services Inc,    PO Box 3333,    Munster, IN 46321-0333
23561356       +Sheldon Z. Rubin, DPM,    8100 W. 95th St,    Hickory Hills, IL 60457-1971
23655223      +++TCF National Bank,    David T Cohen and Associates LTD,     10729 W 159th Street,
                 Orland Park, IL 60467-4531
23561357      #+Tcf Mortgage Corporati,    Attn: Legal Dept,    801 Marquette Ave,    Minneapolis, MN 55402-3475
23561358        United Recovery Service,    18525 Torrence Ave,    SuiteC-6,    Lansing, IL 60438
23561359        Village of Justice,    PO Box 6634,    Chicago, IL 60666-0340
23561360       +Vision Financial Servi,    1900 W Severs Rd,    La Porte, IN 46350-7855
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23561333        EDI: GMACFS.COM Jan 21 2016 01:23:00      Ally Asset Recovery Center,
                 Payment Processing Center,    PO Box 78369,    Phoenix, AZ 85062-8369
23808435        EDI: GMACFS.COM Jan 21 2016 01:23:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
23561334       +EDI: GMACFS.COM Jan 21 2016 01:23:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
23561335       +EDI: AGFINANCE.COM Jan 21 2016 01:23:00       American General Financial/Springleaf Fi,
                 Springleaf Financial/Attn: Bankruptcy De,    Po Box 3251,    Evansville, IN 47731-3251
23561336       +EDI: CAPONEAUTO.COM Jan 21 2016 01:23:00       Capital One Auto Finance,    3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
23561336       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 21 2016 02:04:09
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
23561340       +E-mail/Text: clerical.department@yahoo.com Jan 21 2016 01:59:58      Creditors Collection B,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2393
23561347       +EDI: IIC9.COM Jan 21 2016 01:23:00      IC System,   Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
23561354       +E-mail/Text: clientservices@northwestcollectors.com Jan 21 2016 02:00:40
                 Northwest Collectors Inc,    3601 Algonquin Rs,    Suite 232,    Rolling Meadows, IL 60008-3143
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2                  Date Rcvd: Jan 20, 2016
                              Form ID: ntcdsm              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2016 at the address(es) listed below:
          David H Cutler    on behalf of Debtor 1 William E Coffey cutlerfilings@gmail.com
          David H Cutler    on behalf of Debtor 2 Lisa M Coffey cutlerfilings@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sandra L. Makowka     on behalf of Creditor   TCF National Bank smakowka@davidtcohenlaw.com,
           mcrawford@davidtcohenlaw.com;jvanheel@davidtcohenlaw.com;cfallara@davidtcohenlaw.com
          Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                        TOTAL: 5
```